IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Case No. 12-cv-01249-RM-KMT

KATHRYN GUY, as Mother, next of kin and executor of the estate of James Guy, deceased,

    Plaintiff,

v.

NATHAN JORSTAD;
RICHARD MYERS, Chief of Police;
STEVE COX, Interim City Manager, individually and in their official capacity; and
CITY OF COLORADO SPRINGS, a Municipality,

    Defendants.
_____

### ORDER VACATING HEARING AND STATUS CONFERENCE
_____

    THIS MATTER is before the Court *sua sponte*. Upon examination of the Defendants' Motion to Dismiss (ECF No. 36) and the Plaintiff's Petition Pursuant to 15-11-803(7)(1) (ECF No. 57), the Court has determined that oral argument would not materially assist the determination of the Motion or Petition. Accordingly, the hearing and status conference set for Wednesday, April 16, 2014 at 1:30 p.m. is hereby VACATED.

    DATED this 9th day of April, 2014.

                                          BY THE COURT:

                                          _____
                                          RAYMOND P. MOORE
                                          United States District Judge