IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 12-cv-01249-RM-KMT

KATHRYN GUY, as mother, next of kin and executor of the estate of James Guy, deceased,

    Plaintiff,

v.

NATHAN JORSTAD,

    Defendant.

## ORDER

This matter comes before the Court on the Joint Motion for Settlement Conference (ECF No. 87). The Court finds good cause to grant such motion. It is therefore

**ORDERED** that the Joint Motion for Settlement Conference (ECF No. 87) is GRANTED. Magistrate Judge Tafoya is authorized to conduct a settlement conference in this case.

DATED this 24th day of February, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge