**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil case no. 12-cv-01249-RM-KMT

KATHRYN GUY, as Mother, next of kin and executor of the estate of James Guy, deceased,

    Plaintiff,

v.

NATHAN JORSTAD,

    Defendant.

---

**ORDER GRANTING MOTION TO WITHDRAW**

---

THIS MATTER is before the Court *sua sponte* for reconsideration of Plaintiff's counsel's Motion to Withdraw (the "Motion") (ECF No. 103) in light of changed circumstances, *i.e.*, attorney Dennis Hartley's suspension from the practice of law by the Colorado Supreme Court. Upon reconsideration, although the Magistrate Judge correctly concluded that complete compliance with D.C.COLO.LAttyR 5(b) was not set forth in the Motion, the Court finds there was substantial compliance such that the Motion should be granted under the facts and circumstances of the case. *See Chambers v. Nasco, Inc.*, 501 U.S. 32, 43 (1991) (Discussing the scope of the inherent power of federal courts, including "the power to control admission to its bar….")  Specifically, the Motion was served on all counsel of record via the CM/ECF system, Mr. Hartley represented to the Court he had advised Plaintiff of the basis for his withdrawal (his then impending suspension from the practice of law) and that he would be unable to represent her, and good cause was shown.   Accordingly, Plaintiff is advised that she is personally responsible for complying with all court orders and time limitations established by applicable

statutes and rules. Plaintiff, of course, may retain new counsel and have new counsel enter an appearance in this matter on her behalf if she wishes to do so. It is therefore

ORDERED that the Motion to Withdraw (ECF No. 103) is GRANTED and Dennis W. Hartley is removed as counsel of record in this action; and

FURTHER ORDERED that the Clerk of the Court is directed to mail a copy of this Order Granting Motion to Withdraw to Plaintiff.

DATED this 6th day of July, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge